# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 18, 2003

**Before**

Hon.  JOEL M.  FLAUM, *Chief Judge*

Hon.  RICHARD A.  POSNER, *Circuit Judge*

Hon.  ANN CLAIRE WILLIAMS, *Circuit Judge*

No.  02-2529

| | |
|---|---|
| Michael J.  Hamm, | Appeal from the United States District |
| *Plaintiff-Appellant*, | Court for the Eastern District |
| | of Wisconsin. |
| *v.* | |
| | No.  00-C-1283 |
| Weyauwega Milk Products, Inc., | |
| *Defendant-Appellee.* | William E.  Callahan, Jr., |
| | *Magistrate Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled cause on June 13, 2003, is amended as follows:  On page 1, in the lower court information, replace "ARGUED DECEMBER 10, 2003" with "ARGUED DECEMBER 10, 2002."